## THIRD DEPARTMENT, JULY, 1959

### (July 13, 1959)

█ WILLIAM WAGER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31236.) — Ordered settled and signed. Motion by claimant-appellant for reargument adjourned on the application of the Attorney-General until September 21, 1959. Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ., concur.

█ In the Matter of LODGING HOUSE KEEPERS ASSOCIATION OF NEW YORK, INC., et al., Respondents, against MARTIN P. CATHERWOOD, as Industrial Commissioner of the State of New York, Appellant.— Motion to dismiss appeal denied, without costs, with leave to renew upon the argument. Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ., concur.